The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL LORENZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERICA L. BRACHFELD, a California professional corporation licensed to do business in the state of Washington d/b/a BRACHFELD & ASSOCIATES, a California collection law firm doing business in the state of Washington,<br><br>　　　　Defendant. | Case No.  C07-1354 MJP<br><br>NOTICE OF SETTLEMENT AND STIPULATION OF PARTIES TO DISMISSAL OF CASE AND ORDER OF DISMISSAL |

### NOTICE AND STIPULATION FOR DISMISSAL

In accordance with CR 41(a), notice is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearing in this matter may be stricken from the Court calendar. This notice is being filed with the stipulation and consent of all parties and is made in accordance with CR 41(a).

Dated this 30th day of November, 2007.

　　　　　　　　　　　　　　　　　　By: */s/ Christina M. Latta*
　　　　　　　　　　　　　　　　　　Christina M. Latta, WSBA # 31273
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Michael Lorenz

/ /

/ /

Dated this 30th day of November, 2007.

By: /s/ Erica L. Brachfeld
Erica L. Brachfeld CSBA# 180683
Attorney for Defendant

The court having reviewed the stipulation of the parties for the above-entitled matter hereby grants an ORDER dismissing the above-entitled action and directing the court clerk to cancel any future hearings or trial scheduled in connection with the same.

DONE THIS _7th day of __December_____, 2007.

/s Marsha J. Pechman
The Honorable Marsha J. Pechman
United States District Court Judge